**FILED**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**JANUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Kenneth J. Cobb
          v.
Off. Christopher Stark, Off. Thomas Hamilton, Off. Garry
Kodat, Off. T. McMahon, Off. C. Judon, and the City of
Chicago

**08 C 437**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Kenneth J. Cobb

**JUDGE HART**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
| --- |
| John E. Partelow |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/  John E. Partelow |

| FIRM |
| --- |
| Law Offices of John E. Partelow |

| STREET ADDRESS |
| --- |
| 555 West Jackson Boulevard, Suite 700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188346 | (312) 655-0837 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |