IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH J. COBB, | ) | |
| | ) | No. 08 C 437 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| OFFICER CHRISTOPHER STARK (Star # 4728), OFFICER THOMAS HAMILTON (Star # 13071), SERGEANT GARRY KODAT (Star # 10272), OFFICER T. MCMAHON (Star # 89), OFFICER C. JUDON (Star # 262) and the CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) ) ) ) | Judge Hart<br><br>Magistrate Judge Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:    John E. Partelow
       555 W. Jackson Blvd., Suite 700
       Chicago, IL 60661

   Please take notice that on May 8, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

   Please take further notice that I will appear before the Honorable Judge Hart or such other Judge or Magistrate Judge sitting in his stead, on May 14, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

   I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on May 8, 2008.

                                Respectfully submitted,

City of Chicago Department of Law        */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020         Bhairav Radia
Chicago, IL 60602                        Assistant Corporation Counsel
(312) 744-6919