**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth J Cobb
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00437
                                                Honorable William T. Hart

Christopher Stark, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

 MINUTE entry before Judge Honorable William T. Hart:Motion hearing held. Defendant City of Chicago's unopposed motion for extension of time [9] is granted; all defendants are given to 6/2/2008 to answer or otherwise plead. Status hearing reset to 6/25/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.