**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Kenneth J Cobb
       Plaintiff,

v.                Case No.: 1:08−cv−00437
              Honorable William T. Hart

Christopher Stark, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable William T. Hart:Status hearing held on 6/25/2008; plaintiff's counsel fails to appear. Written discovery is to be completed by 8/25/2008. All discovery is to be completed by 10/31/2008. Status hearing set for 9/10/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.